UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,              :    **ORDER**

       - v. -                          :
                                            08 Cr. 391
RAFAEL CAJIGAS,                        :
    a/k/a "Ralphy,"
                                       :    /s/ Marrero, J.
            Defendant.          :
- - - - - - - - - - - - - - - - - -x


      Upon the application of the United States of America by Jeffrey A. Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 08 Cr. 391, be unsealed.


Dated:  New York, New York
       May 8, 2008

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

                                                    **FRANK MAAS**
                                         United States Magistrate Judge
                                        Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 08 2008