```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,        :   CASE NO:    08 Cr. 391 (VM)
                                 :
     -against-                   :
                                 :
RAFAEL CAJIGAS,                  :   ORDER
              Defendant.         :
--------------------------------X
```

Upon the application of JEREMY SCHNEIDER, attorney for the defendant, RAFAEL CAJIGAS, it is hereby,

ORDERED, AVRAHAM MOSKOWITZ, ESQ., an attorney knowledgeable in the law of capital cases, is assigned as co-learned counsel to represent Rafael Cajigas.

IT IS FURTHER ORDERED that compensation for both Jeremy Schneider, Esq. and Avraham Moskowitz, Esq. shall be set at the rate of $170.00 per hour, the current CJA capital rate, for in and out of court time with respect to all matters affecting the representation of Mr. Cajigas.

IT IS FURTHER ORDERED that due to the complexity of the Defendant's case, the expected length of representation, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, counsel shall be permitted to submit interim vouchers.

Dated: New York, New York
       May 28, 2008

                                     E N T E R E D :

                                     _____
                                     Victor Marrero
                                     U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08
```

## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

May 23, 2008

BY HAND

Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: United States v. Rafael Cajigas
            08 Cr. 391 (VM)

Dear Judge Marrero:

    On May 8, 2008 I was appointed to represent the defendant, Rafael Cajigas, in the above referenced "death eligible" case. As the Court is aware, in such cases it is required that the Court appoint two attorneys to represent a defendant, at least one of whom is learned in the law applicable to capital cases. I have recently spoken with Avraham Moskowitz Esq., who is on the Southern and Eastern District Capital Case Panels. Mr. Moskowitz has informec me that he is available to assist me as Mr. Cajigas's cc-learned counsel. He has participated as either learned or co-learned counsel representing between fifteen and twenty defendants charged with death eligible offenses. Three of these defendants were authorized for the death penalty and one went to trial.

    If Your Honor grants my request for the appointment of Mr. Moskowitz as co-learned counsel, I would respectfully request the rate of hourly compensation be set at $170.00 for both Mr. Moskowitz and me. Unique to the representation of individuals who face a potential death penalty prosecution is the commitment in time and resources by that person's attorneys. Because of such commitment, it has become the practice in this district and others to allow counsel to periodically seek interim

Hon. Victor Marrero
May 23, 2008
Page Two

compensation. Therefore, I request authorization for Mr. Moskowitz and me, to periodically submit interim vouchers seeking payment at the requested rate.

If you require any further information regarding this request, please call my office at your convenience. Thank you very much for your consideration.

                                          Respectfully Submitted,

                                          Jeremy Schneider

JS/et
Encl.