```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :         08 CR 391(VM)
          -against-                :            ORDER
                                   :
RAFAEL CAJIGAS,                    :
                                   :
                  Defendant.       :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated September 8, 2020, defendant Rafael Cajigas ("Cajigas") moved this Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (See Dkt. No. 41.)

On November 11, 2020 the Court denied Cajigas's motion. (Dkt. No. 42.) By letter received by the Clerk's Office on January 21, 2021, Cajigas informed the Court that he had not received an Order on his motion. (See "Attached Letter.")

The Clerk of Court is respectfully directed to enter a copy of the Attached Letter into the public docket, and mail a copy of the Court's previous Order (Dkt. No. 42) to Rafael Cajigas, Register Number 70495-054, Schuylkill FCI, Federal Correctional Institution, P.O. Box 759, Minersville, PA 17954-0759, and note service on the docket.

**SO ORDERED.**

Dated: New York, New York
       2 February 2021

                                   _____
                                       Victor Marrero
                                         U.S.D.J.

1

Case 1:08-cr-00391-VM-1

To: The Clerk of Courts,

                  In early September of 2020, I sent my Compassionate Release motion to the courts. We are now in mid January of 2021 and ive yet to recieved a "Denial" letter. F.C.I. Schuylkill has been on Lock-Down status since December 8TH 2020 until present due to 4 inmates and many officers testing positive for the Corona Virus. Around December 15 or 18 the Warden Scott Finley put my health and life at risk by bringing 150 infected COVID-19 inmates from the CAMP ajacent to F.C.I. Schuylkill to be quaranteered in UNIT 4B on its Compound. The Warden then "distributed" the positive COVID-19 inmates back into Schuylkill compound in every UNIT even were there werent ANY positive cases putting my life in clear and present danger. Scott Finley refuses to test the intire compound population and "Denies" to saying that only the inmates that are going home, to halfway house or being transfered should get tested. Having been in lock down status I have NO way to redo my Compassionate Release. This is due because Scott Finley the Warden of F.C.I. Schuylkill is NOT taking BP8 that are written out on paper he wants it done on the computer, which is NOT available to me. Its been over 3 months since ive applied for my Compassionate Release and have NOT been given

2

a response and now im unable to reapply due to our lock-down status knowing very well that it is futile because he has NEVER granted any request for a Compassionate Release. My medical history meets the criteria regarding a Compassionate Release/RIS for inmates with medical conditions. I am morbidly obese, pre-diabetic, liver problems, anxiety, hypertension among other mental issues which they arent treating me for. Please im humbly asking for the courts to assign me a lawyer to help me in the Compassionate Release procedures. As you are well aware of the 3rd strand that is even more contagious then the original CoronaVirus is already here. Please help me I do not want to die in this prison alone. Thank you

Respectfully
Rafael Cajigas
Reg# 70495-054

Rafael Cadiz GDC 70405-054
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

HARRISBURG PA 171
19 JAN 2021 PM 3 L

RECEIVED
2021 JAN 21 PM 1:32
CLERK'S OFFICE

TO: The Clerk of Courts of The United States District Courts
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, N.Y. 10007

Criminal Docketing

LEGAL MAIL

USMP SDNY

10007-131699