```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                     Plaintiff,

        - against -

RAFAEL CAJIGAS,

                     Defendant.

**08 Cr. 391 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In two letters to the Court dated August 22, 2022, and July 19, 2023 (see Dkt. Nos. 56-57), Defendant asks the Court to reconsider its previous decisions (see, e.g., Dkt. Nos. 42, 49, 51) denying his requests for compassionate release and/or home confinement. In an undated letter, Defendant also submits character letters in an effort to secure a reduction in sentence or home confinement. (See Dkt. No. 55.)

    Upon review of the submissions, Defendant's requests for reconsideration are hereby **DENIED**, as Defendant presents no new arguments warranting a change to the Court's previous rulings. To the extent Defendant's submissions constitute a new motion for compassionate release, reduction in sentence, and/or home confinement, the motion is hereby **DENIED** for the same reason.

    The Clerk's Office is hereby respectfully directed to mail a copy of this Order to Rafael Cajigas, Register Number

1

70495-054, Schuylkill FCI, Federal Correctional Institution, P.O. Box 759, Minersville, PA 17954-0759, and note service on the docket.

**SO ORDERED.**

Dated:   8 September 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.